1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   PHILIP A. GUENTERT (CABN 147374)
3  Acting Chief, Criminal Division

4  WILLIAM J. EDELMAN (CABN 285177)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7265
7       Fax: (415) 436-7234
        E-mail: william.edelman@usdoj.gov
8
   Attorneys for the United States of America
9
                       UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,            ) CASE NO. CR-15-00086-RS-MEJ
                                        )
14      Plaintiff,                      ) STIPULATION AND [PROPOSED] ORDER
                                        ) REGARDING BRIEFING SCHEDULE
15   v.                                 )
                                        )
16 DANIYAR TUYAKBAYEV,                  )
                                        )
17      Defendant.                      )
                                        )
18                                      )
                                        )
19                                      )

20      Pursuant to Defendant Tuyakbayev's notice of appeal from the judgement of conviction and

21 sentence imposed by the Hon. Maria-Elena James (ECF No. 33), and Criminal Local Rule 58-2(c), the

22 parties request a hearing on Defendant Tuyakbayev's appeal to be scheduled on January 3, 2017 at

23 10:30 a.m. in Courtroom 3, 17th floor, Philip Burton Federal Building, San Francisco.  The parties

24 propose a briefing schedule as follows:

25 //

26 //

27 //

28 STIP. RE BRIEFING SCHEDULE
   NO. CR-15-00086-RS-MEJ

| Event | Service and Filing Date |
|---|---|
| Defendant's Opening Brief | September 23, 2016 |
| Government's Response Brief | November 4, 2016 |
| Defendant's Reply Brief | December 2, 2016 |
| Oral Argument | January 3, 2017, 10:30 a.m. |

DATED: August 10, 2016

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

By: ___/s/_____
WILLIAM J. EDELMAN
Special Assistant United States Attorney

DATED: August 10, 2016

Respectfully submitted,

___/s/_____
ERICK GUZMAN
Counsel for Defendant Daniyar Tuyakbayev

**[PROPOSED] ORDER**

Good cause having been shown, the Court adopts the parties' proposal and ORDERS the briefing and hearing schedule set forth above.

IT IS SO ORDERED.

DATED: __8/12/16_____

_____
HONORABLE RICHARD SEEBORG
United States District Judge

STIP. RE BRIEFING SCHEDULE
NO. CR-15-00086-RS-MEJ