ERICK L. GUZMAN, SBN: 244391
Law Offices of Erick L. Guzman
740 4th Street
Santa Rosa, CA 95404
Tel.:   (707) 595-4474
Fax:    (707) 540-6298

Attorney for Defendant-Appellant
DANIYAR TUYAKBAYEV

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-15-00086-RS-MEJ |
| Plaintiff–Appellee, | **STIPULATION AND** [PROPOSED] **ORDER EXTENDING TIME TO FILE DEFENDANT'S REPLY BRIEF** |
| v. | |
| DANIARY TUYAKBAYEV, | |
| Defendant–Appellant. | |

WHEREAS,

1.     The parties did previously stipulate to and the Court did set a briefing schedule in the above-encaptioned case which, in pertinent part, set the filing and service date for Defendant-Appellant's Reply Brief for December 2, 2016;

2.     Appellant's counsel has been in trial in a multi-defendant felony matter in Contra Costa County Superior Court since late October, 2016; AND

3.     Both parties having previously adhered to prior filing and service dates as stipulated and ordered, and having made no prior requests for any extensions of time for filing and service of briefs,

IT IS THEREFORE STIPULATED AND AGREED by Erick L. Guzman, attorney for Defendant–Appellant Daniyar Tuyakbayev, and Assistant United States Attorney William J. Edelman, to request that date to file and serve Defendant's Reply Brief be extended from the previously set date of December 2, 2016 to a new date of **December 9, 2016**.

Dated: November 22, 2016

_____/S/_____
ERICK L. GUZMAn
Attorney for Defendant–Appellant
DANIYAR TUYAKBAYEV

Dated: November 22, 2016

_____/S/_____
WILLIAM J. EDELMAN, JR.
Assistant United States Attorney

#### [PROPOSED] ORDER

Good cause having been shown, the date for service and filing of Defendant–Appellant Daniyar Tuyakbayev's Reply Brief is hereby extended to **December 9, 2016**.

IT IS SO ORDERED.

Dated: 12/2/16

Hon. RICHARD SEEBORG
United States District Judge